# Court of Appeals
# of the State of Georgia

ATLANTA,  January 02, 2019

*The Court of Appeals hereby passes the following order:*

## A19E0029. H. GUY JONES v. OAK TREE VILLAS, et al.

H. Guy Jones filed this pro se emergency motion, asking that we grant his application for a discretionary appeal from a writ of possession issued by the Magistrate Court of DeKalb County. In his motion, Jones asserts that he now has evidence, including the admission of the landlord's representative, that the dispossessory action filed against Jones was fraudulent and in violation of the landlord's agreement with the Decatur Housing Authority and/or the United States Department of Housing and Urban Development. This Court, however, has no jurisdiction to hear appeals from the magistrate court. Instead, appeals from judgments entered in DeKalb County Magistrate Court must be taken to the DeKalb County State Court. See OCGA § 15-10-41 (b) (1). Moreover, as a general rule, new evidence may not be introduced on appeal. Thus, to present the evidence of wrongful eviction that Jones claims to possess, Jones would need to file a separate action for wrongful eviction in either the State or the Superior Court of DeKalb County. Such an action could seek any equitable relief (i.e., temporary injunctive relief, a temporary restraining order, or a stay of execution) that might be available under the current circumstances.

For the reasons set forth above, Jones's emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  01/02/2019*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen

                                                                        *, Clerk.*